NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## 1ST MEDIA, LLC,
*Plaintiff-Appellant,*

v.

## ELECTRONIC ARTS, INC., HARMONIX MUSIC SYSTEMS, INC., AND VIACOM, INC.,
*Defendants-Appellees,*

AND

## SONY COMPUTER ENTERTAINMENT AMERICA, INC.,
*Defendant-Appellee.*

---

2010-1435

---

Appeal from the United States District Court for the District of Nevada in case no. 07-CV-1589, Judge James C. Mahan.

---

ON MOTION

---

Before LOURIE, *Circuit Judge.*

## ORDER

1st Media, LLC (1st Media), Electronic Arts, Inc., et al. (EA), and Sony Computer Entertainment America, Inc. (Sony) respond to this court's order directing the parties to inform the court how this case should proceed in light of the court's en banc decision in *Therasense v. Becton, Dickinson & Co.*, 2011 WL 3659357 (Fed. Cir. May 25, 2011). 1st Media moves to summarily reverse the district court's decision. EA and Sony oppose. 1st Media replies. EA and Sony move for leave to file a sur-reply.

We deem it the better course to have the parties raise the issues in the briefs.

Accordingly,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted. The motion for summary reversal is denied. The motions for leave are denied.

(2) 1st Media is directed to file its opening brief within 40 days from the date of filing of this order.

FOR THE COURT

__SEP 0 6 2011__
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Robert P. Greenspoon, Esq.
     Richard F. Ziegler, Esq.
     B. Trent Webb, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 0 6 2011

JAN HORBALY
CLERK